# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET L. BAILEY, | NO. CV 08-2274 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Seventeen Thousand Four Hundred and Eighty dollars and seventy five cents ($17,480.75), pursuant to 42 U.S.C. § 406(b).  In light of the previous payment of EAJA fees, Janna K. Lowenstein shall reimburse plaintiff the amount of Seven Thousand Four Hundred and Forty Three dollars and eighty eight cents ($7,443.88).

Dated this 30th day of March, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge